UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A97-0304--CV (JWS)
"AKIAK NATIVE COMMUNITY ET AL V U.S. POSTAL SV"

Including terminated parties, excluding terminated counsel

```
  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 08/06/97
           Closed: 03/20/98

     Jurisdiction: (2) U.S. Defendant
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (893) Environmental Matters

           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Paid $150.00 on 08/06/97 receipt # 00102088
         Trial by:

                9th CC Appeal NO: 98-35466
```

Parties of Record:                                  Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | AKIAK NATIVE COMMUNITY | Stephen Koteff<br>800 A Street, Suite 204<br>Anchorage, AK 99501<br>907-276-7474<br>FAX 907-278-8588<br><br>Robert W. Randall<br>Western Resource Advocates<br>2260 Baseline Road, Suite 200<br>Boulder, CO 80302<br>303-444-1188<br>FAX 303-786-8054 |
| PLF 2.1 | ATMAUTLUAK, NATIVE VILLAGE OF | Stephen Koteff<br>(see above)<br><br>Robert W. Randall<br>(see above) |
| PLF 3.1 | KASIGLUK TRADITIONAL COUNCIL | Stephen Koteff<br>(see above)<br><br>Robert W. Randall<br>(see above) |
| PLF 4.1 | KWETHLUK, ORGANIZED VILLAGE OF | Stephen Koteff<br>(see above)<br><br>Robert W. Randall<br>(see above) |

```
┌─────────────────────────────────────────────────────────────────────┐
│         UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA     │
│         CIVIL DOCKET PARTY INFORMATION FOR CASE A97-0304--CV (JWS)  │
│             "AKIAK NATIVE COMMUNITY ET AL V U.S. POSTAL SV"         │
├─────────────────────────────────────────────────────────────────────┤
│            Including terminated parties, excluding terminated counsel│
└─────────────────────────────────────────────────────────────────────┘
```

Parties of Record:                           Counsel of Record:

| | | |
|---|---|---|
| PLF 5.1 | NAPAKIAK, NATIVE VILLAGE OF | Stephen Koteff (see above) |
| | | Robert W. Randall (see above) |
| PLF 6.1 | NAPASKIAK TRIBAL COUNCIL | Stephen Koteff (see above) |
| | | Robert W. Randall (see above) |
| PLF 7.1 | NUNAPITCHUK, NATIVE VILLAGE OF | Stephen Koteff (see above) |
| | | Robert W. Randall (see above) |
| PLF 8.1 | ASSOC OF VILLAGE COUNCIL PRESIDENTS | Stephen Koteff (see above) |
| | | Robert W. Randall (see above) |
| PLF 9.1 | AKIACHAK NATIVE COMMUNITY | Stephen Koteff (see above) |
| | | Robert W. Randall (see above) |
| DEF 1.1 | U.S. POSTAL SERVICE | Dean Dunsmore  Environment & Natural Resources  U.S. Department of Justice  801 B Street, Suite 504  Anchorage, AK 99501-3657  907-271-5452  FAX 907-271-5827 |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A97-0304--CV (JWS)
                         "AKIAK NATIVE COMMUNITY ET AL V U.S. POSTAL SV"

                                     For all filing dates
```

```
  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
            Filed: 08/06/97
           Closed: 03/20/98

     Jurisdiction: (2) U.S. Defendant
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (893) Environmental Matters

           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Paid $150.00 on 08/06/97 receipt # 00102088
         Trial by:

              9th CC Appeal NO: 98-35466


Document #   Filed       Docket text
─────────────────────────────────────────────────────────────────────────────

     1 -  1  08/06/97    Complaint filed; Summons issued.

     2 -  1  10/10/97    DEF 1 Answer to complaint.

     3 -  1  10/14/97    JWS Minute Order that parties meet, confer & file rule 16b/26f stat rpt
                         w/in 21 days. cy cnsl

     4 -  1  10/22/97    DEF 1 Notice of lodging of administrative record (7 binders page nos. 1
                         - 5972) located on shelf near file.

     5 -  1  10/30/97    DEF 1 Amended answer.

     6 -  1  10/31/97    PLF 1-8 Unopposed Motion for ext of time to file inital case status rpt
                         until 11/18/97.

     7 -  1  10/31/97    PLF 1-8 Motion & Application of non-resident attorney (Robert W.
                         Randall) for permisison to appear & particiapte in the USDC for the dist
                         of AK.

     6 -  2  11/03/97    Order granting #6.  cc:  cnsl.

  NOTE -  1  11/18/97    Notation: rec'd cert of good standing re: Robert W. Randall (lodged in
                         file).

     8 -  1  11/18/97    PLF 1-8 Initial case satus report per order @ dkt #3 w/ att exhs.

     9 -  1  11/20/97    JWS Minute Order; motion to amend to add a party due by 12/15/97; pltf's
                         mot to be fld by 12-19-97, oppo & x-mot by 1-26-98, pltfs' combined
                         reply memo & oppos to any x-mot by 2-9-98, def's reply in sppt of any
                         x-mot by 2-17-98; o/a set for 2-26-98 at 8:30 in Anch, each side 20 min,
                         tel part auth.  cy cnsl

     7 -  2  11/21/97    JWS Order Granting application of non-resident attorney (Robert W.
                         Randall) at dkt 7-1. cc:cnsl

  NOTE -  2  12/03/97    Notation: In receipt of non-res att fee ($75) #00103117 as to Robert W.
                         Randall.
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A97-0304--CV (JWS)
                    "AKIAK NATIVE COMMUNITY ET AL V U.S. POSTAL SV"

                                   For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 10 - 1 | 12/15/97 | PLF 1-8 motion for leave to file amended complaint w/att prop amended complaint. |
| 11 - 1 | 12/17/97 | PLF 1-8 motion for summary judgment w/att memo & exhs |
| 12 - 1 | 12/23/97 | DEF 1 Supplement to administrative record. [two VCR tapes lodged in brown expando file] |
| 13 - 1 | 12/23/97 | DEF 1 non-opposition (rspnse) to PLF 1-8 motion for leave to file amended complaint. (10-1) |
| 14 - 1 | 12/24/97 | JWS Order granting motion for leave to file amended complaint (10-1); ans due w/in 10 days. cy cnsl |
| 15 - 1 | 12/24/97 | PLF 1-8 Complaint (1st Amended) |
| 16 - 1 | 01/08/98 | DEF 1 Answer to First Amended Complaint. |
| 17 - 1 | 01/09/98 | PLF 1-9 Unopposed Motion to reset date of OA currently set for 02/26/98 @ 8:30 a.m. |
| 18 - 1 | 01/13/98 | JWS Order granting mot to reset o/a; 2/26/98 o/a reset for 3/4/98 @ 9 am in Anch. cy cnsl |
| 19 - 1 | 01/26/98 | DEF 1 motion for enlargement of time til 2/05/98 to file opposition to plf's mot for SJ @ dkt #11. |
| 20 - 1 | 01/27/98 | PLF 1-9 opposition to DEF 1 motion for enlargement of time til 2/5/98.(19-1) |
| 21 - 1 | 01/28/98 | DEF 1 reply to opposition to DEF 1 motion for enlargement of time til 2/5/98 to file opposition to plf's mot for SJ @ dkt #11. (19-1) |
| 22 - 1 | 02/02/98 | JWS Minute Order granting motion for enlargement of time (19-1) to file oppo by 2-5-98.  cy cnsl |
| 23 - 1 | 02/04/98 | DEF 1 motion for summary judgment w/att memo in support and exhs. |
| 23 - 2 | 02/04/98 | DEF 1 opposition to PLF 1-8 motion for summary judgment w/att exhs (11-1). |
| 24 - 1 | 02/09/98 | PLF 1-9 Unopposed Motion for enlargment of time to file reply to def's oppo & oppo to def's mot for SJ until 2/18/98. |
| 25 - 1 | 02/10/98 | JWS Minute Order granting mot at #24; reply to oppo & oppo to sj mot due 2/18/98. cc: cnsl. |
| 26 - 1 | 02/10/98 | DEF 1 filing of original of declaration re: def's response to PLF 1-8 mot for s/j (11-1) w/att declaration. |
| 27 - 1 | 02/11/98 | DEF 1 Notice of subsequent action w/att exh. |
| 28 - 1 | 02/13/98 | DEF 1 Errata to def's response re: PLF 1-8 motion for summary judgment (11-1). |
| 29 - 1 | 02/18/98 | PLF 1-9 motion to supplement the record. |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CIVIL DOCKET ENTRIES FOR CASE A97-0304--CV (JWS)
                         "AKIAK NATIVE COMMUNITY ET AL V U.S. POSTAL SV"

                                        For all filing dates
```

```
Document #    Filed       Docket text

   30 -   1  02/18/98  PLF 1-9 reply to opposition to PLF 1-8 motion for summary judgment
                       (11-1) w/att exhs.

   30 -   2  02/18/98  PLF 1-9 opposition to DEF 1 motion for summary judgment (23-1) w/att
                       exhs.

   31 -   1  02/20/98  JWS Minute Order that def to file oppo or non-oppo to mot to suppl w/in
                       7 days; no reply due. cc: cnsl.

   32 -   1  02/25/98  DEF 1 motion for enlargement of time from 02/25/98 until 03/03/98 to
                       file reply in support of mot for sj.

   33 -   1  02/25/98  PLF 1-9 Filing of original declarations att to reply re: PLF 1-8 mot SJ
                       (11-1) & att to oppo re: DEF 1 mot SJ (23-1) w/att declarations.

   34 -   1  02/27/98  DEF 1 opposition to PLF 1-9 motion to supplement the record (29-1).

   35 -   1  02/27/98  DEF 1 reply to opposition to DEF 1 motion for summary judgment (23-1).

   36 -   1  03/02/98  JWS Minute Order granting motion for enlargement of time from 02/25/98
                       until 03/03/98 (32-1). cc: cnsl.

   37 -   1  03/02/98  DEF 1 Amended Certificate of Service re: reply to DEF 1 motion for
                       summary judgment (23-1), response to PLF 1-9 motion to supplement the
                       record (29-1).

   38 -   1  03/05/98  JWS Court Minutes [ECR: Pam Richter] re: o/a on pending mots held 3/4/98
                       taking under advisement motion for summary judgment (11-1), motion for
                       summary judgment (23-1).

   39 -   1  03/20/98  JWS Order denying motion for summary judgment (11-1); granting motion
                       for summary judgment (23-1), motion to supplement the record (29-1). cc:
                       cnsl

   40 -   1  03/20/98  JWS Judgment that plfs take nothing & action dismissed on merits. cc:
                       cnsl, O&J 10349

   41 -   1  04/28/98  PLF 1-9 appeal to 9CCA of (40-1) filed 03/20/98. cc:cnsl, Judge, 9CCA
                       w/CADS & Representation Statement 98-35466

   42 -   1  05/01/98  Cy 9CCA Certificate of Record.  cc:  cnsl, 9CCA (orig).  98-35466.

   43 -   1  05/13/98  PLF 1-9 motion (application) for stay pending resolution of appeal.

   44 -   1  05/15/98  JWS Minute Order denying motion (application) for stay pending
                       resolution of appeal (43-1). cc: cnsl, Appeals Clerk

   45 -   1  05/18/98  Copy of 9CCA Time Schedule Order; appellant's brief due 06/22/98;
                       appellee brief due 07/22/98.  98-35466.

   46 -   1  07/27/00  Cert cy 9CCA Judgment/Final Order re: notice of appeal (41-1) that the
                       district court's decision is AFFIRMED w/att opinion.  cc: cnsl [ord
                       only], Judge Sedwick
```